ORDERED.

**Dated:  August 26, 2019**

Roberta A. Colton
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:

ROLAND V. ASKINS, JR.,

      Debtor.

_____/

DAWN CARAPELLA, as Chapter 7 Trustee,

      Plaintiff,

vs.

FIFTH THIRD BANK, PHILLIP ASKINS,
a/k/a PAT ASKINS, INDIVIDUALLY AND AS
TRUSTEE OF THE 5580 TRUST DATED
APRIL 15, 1994, LEONARD DOBALA, the
U.S. DEPARTMENT OF TREASURY, INTERNAL
REVENUE SERVICE, ROLAND V. ASKINS, III,
and JOHN DOE and JANE DOE, and all other
persons in possession of subject real property,
whose real names are uncertain,

      Defendants.

_____/

Chapter 7
Case No. 8:17-bk-04431-RCT

Adv. Pro. No. 8:19-ap-216-RCT

**ORDER DENYING DEFENDANTS' AMENDED MOTION TO STRIKE IMMATERIAL,
IMPERTINENT, OR SCANDALOUS MATTER FROM COMPLAINT
FILED BY PHILLIP ASKINS, INDIVIDUALLY AND AS TRUSTEE
OF THE 5580 TRUST, LEONARD DOBALA AND ROLAND V. ASKINS, III**
(Doc. Nos. 13 and 17)

This Proceeding came on for hearing on August 20, 2019 ("Hearing") on the following: (1) pre-trial conference; (2) Amended Motion to Strike Immaterial, Impertinent, or Scandalous Matter from Complaint (Doc. No. 13) ("Motion") by Phillip Askins, individually and as Trustee of the 5580 Trust, Leonard Dobala and Roland V. Askins, III ("Defendants"); and (3) the Plaintiff's Objection to the Motion (Doc. No. 17).  The Court heard from counsel for the Defendants, counsel for Fifth Third Bank and counsel for the Plaintiff.  For the reasons stated and recorded in open Court at the Hearing, the Court finds that the Motion is not well taken.  Accordingly, it is –

**ORDERED** that:

1.      The Motion is denied.

2.      The Defendants shall have 21 days or through and including September 10, 2019 to respond to the Complaint.

| Attorney, Angelina Lim, is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order. |
| --- |

5798584_1